# United States District Court
## For The Western District of North Carolina
## Asheville Division

**FILED**
ASHEVILLE, N.C.
OCT 20 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

TERESA S. PENLAND,

    Plaintiff(s),

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:05cv285

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 20, 2005 Consent Order with Remand pursuant to sentence four of 42 U.S.C. § 405(g)..

October 20, 2005

FRANK G. JOHNS, CLERK

BY: _____Elizabeth Barton_____
Elizabeth Barton, Deputy Clerk